M/D 1

RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Antonio Jones 268322
Full name and prison name of Plaintiff(s)

v. Mr. Knight
Mr. Cullean
Mr. G. Miller,
Mr. McCarry
Mr. Garcia Griffin
Mr. McClain,

Name of person(s) who violated your constitutional rights. (List the names of all the person.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

2:16-cv-784-MHT

CIVIL ACTION NO. Violated the
(To be supplied by Clerk of U.S. District Court)
Eighth Amendment of the U.S. Constitution Rights. The use of Excessive Force without Cause.

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☑

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff (s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county)

         _____

         _____

C1

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Easterling Corr. Fac. 200 Wallace Dr. Clio, al. 36017

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Easterling Correctional Facility

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                    ADDRESS
1. Mr. Knight, Correction Emergency Response Team
2. Mr. Snellson, Correction Emergency Response Team
3. Mr. W. Myers, Easterling Corr. Fac. Clio, AL.
4. Mr. McCrary, Correction Emergency Response Team
5. Mr. Griffin, Correction Emergency Response Team
6. Mr. McClain, Correction Emergency Response Team

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  Aug. 18, 2016

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Defendants used Excessive Force against the Plaintiff Antonio Jones, by Punching him in the head and body and Sprayed him with Pepper Spray and handed cuffed and continued to be beaten while still handed cuffed. Mr. Knight, and Mr. Snellson, Actions violated the Plaintiff Jones rights under the Eighth Amendment to the U.S. Constitution and caused the Plaintiff Jones' Pain, Suffering, Injury.

C.

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

On Aug. 18, 2016, right after lunch the defendants all entered E-1 dorm and demanded all inmates on the beds. And Mr. Griffin requested only that the Plaintiff Mr. Jones pull up his pants. Mr. Jones at the time were only in his boxers shorts at the time and for

**GROUND TWO:** No reason Officer: Mr. Guellson, hit the Plaintiff Jones, with his Batone' across his arms and back, also Mr. Knight started with his assault

**SUPPORTING FACTS:** Defendants, Mr. McClain, Mr. Griffin and Mr. McCourry watched on defendants' Mr. Guellson, and Mr. Knight, beat down the Plaintiff Jones from bed row one over to bed row three, of E-1-dorm while been sprayed and still hand cuffed and continue to knee and hit him with their Batones.

**GROUND THREE:** Defendants, after beating then stated they thought they seen some tobacco, and the Plaintiff Jones were taken to the health care unite here.

**SUPPORTING FACTS:** After arriving at the health care unite Mr. McCourry, stated to the Plaintiff Jones let it go, it will all blow over and after the body chart were done the Plaintiff Jones, were placed in B dorm detention from Aug. 18, 2016 to Sept. 6, 2016, the Plaintiff have since been treated for back problems everyday since the Plaintiff Jones is now receiving treatments everyday at pill calls for back problems' do to the un-lawful beating taken placed on Aug. 18, 2016. by the defendants Mr. Guellson, Mr. Knight without causes, defendants' Walter Myers, Mr. McCourry, and Mr. Griffin, and Mr. McClain.

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

To be awarded by the court from the named defendants in the amount of 83. thousands in U.S.C. from each of the named defendants be Paid to the Plaintiff Mr. Jones in full. Mr. Jones, do Pray all be granted.

_Antonio L. Jones 266322_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9/12/2016
(Date)

_Antonio L. Jones 266322_
Signature of plaintiff(s)

Antonio L. Jones
266322 E2-33A
200 Wallace Dr.
Clio, AL 36017
Easterling Correction Center

Legal Mail

MONTGOMERY
AL 360
23 SEP '16
PM 4 L



000831978   SEP 23 2016
MAILED FROM ZIP CODE 36017

To: The Court Clerk;
In The United States District Court
For The Middle District Of Alabama.
One Church Street  Suit B 110.
Montgomery, Alabama 36104-4018

36104$4211 C039