IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTONIO JONES, #266322, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:16-CV-784-MHT |
| OFFICER KNIGHT, et al., | ) |
| Defendants. | ) |

**ORDER**

After a thorough review of all the evidentiary materials submitted in this case, it is ORDERED that:

1. On or before September 21, 2018, the parties engage in good faith discussions in an effort to reach an amicable resolution of the issues before this court.

2. On or before September 28, 2018, the parties shall notify the court whether they have reached a resolution in this case.

The Clerk is DIRECTED to provide a copy of this order via certified mail to General Counsel for the Alabama Department of Corrections.

DONE this 6th day of September, 2018.

/s/ Susan Russ Walker
UNITED STATES MAGISTRATE JUDGE