# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ANTONIO JONES, AIS #266322 | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) CASE NO. 2:16-cv-784-MHT |
| OFFICER KNIGHT, et. al., | ) ) ) |
| Defendants. | ) |

## UPDATE TO COURT REGARDING ORDER DOC. 44

COME NOW Defendants DeJour Knight, Samuel Snelson, Walter Myers, Larry McCovery, James Griffin, and Antonio McClain, by and through undersigned counsel, and file this Update with the Court regarding the Court's Order dated April 15, 2019. (Doc. 44). The parties have engaged in a good faith discussion to discuss potential settlement in this matter. The plaintiff, incarcerated at Easterling Correctional Facility, still seeks an attorney for his case. After visitation with his family on April 13, 2019, Plaintiff indicated to the undersigned that he desires to proceed to trial and not to settle his case. Therefore, the parties were unable to reach any agreement at this time.

Respectfully submitted this the 26th day of April, 2019.

Respectfully Submitted,

Steve Marshall
Attorney General

Carrie Ellis McCollum (ELL037)
General Counsel

/s/ Carrie G. Shaw
Carrie G. Shaw (GRA133)
Assistant Attorney General

ADDRESS OF COUNSEL:
Legal Division
Alabama Department of Corrections
301 South Ripley Street
Montgomery, Alabama 36130
(334)-353-3886

# CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of April, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Antonio Jones
AIS #266322
Easterling Correctional Facility
200 Wallace Drive
Clio AL 36017

/s/ Carrie G. Shaw
Carrie G. Shaw (GRA133)
Assistant Attorney General