IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTONIO JONES, #266322, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:16-CV-784-MHT |
| | ) | (WO) |
| | ) | |
| OFFICER KNIGHT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before May 10, 2019 the plaintiff shall show cause why Officer Snelson should not be substituted as a defendant for Officer Snellson so that the docket will reflect this defendant's correct name. The plaintiff is advised that if he fails to file a response to this order Officer Snelson will be substituted as a defendant Officer Snellson.

DONE this 29th day of April, 2019.

                /s/    Susan Russ Walker
UNITED STATES MAGISTRATE JUDGE