IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTONIO JONES, #266322, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 2:16-cv-784-ALB |
| OFFICER KNIGHT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Proceeding *pro se* under 42 U.S.C. § 1983, Plaintiff alleges that, while incarcerated at the Easterling Correctional Facility in Clio, Alabama, Defendants used or failed to protect Plaintiff from excessive force against him in violation of his Eighth Amendment rights. (Doc. 1). Defendants filed a motion for summary judgment. (Doc. 21). On June 20, 2019, the Magistrate Judge filed a Recommendation (Doc. 52) to which Plaintiff filed his response on July 23, 2019. (Doc. 55). Upon an independent review of the record and consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation (Doc. 52) is ADOPTED;

(2) Defendants' Motion for Summary Judgment (Doc. 21) is GRANTED as to Plaintiff's claims for monetary damages against Defendants in their official

capacities, and those claims are DISMISSED with prejudice based on absolute immunity.

(3) Defendants' Motion for Summary Judgment (Doc. 21) is DENIED as to Plaintiff's claim of excessive force against Defendants in their individual capacities.

(4) An order setting this action for trial will be entered separately.

DONE this 4th day of September 2019.

        /s/ Andrew L. Brasher
ANDREW L. BRASHER
UNITED STATES DISTRICT JUDGE