# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ANTONIO JONES, ) | |
| AIS# 266322 ) | |
| ) | |
|     Plaintiff, ) | |
| v. ) | Case No.: |
| ) | 2:16-CV-00784-ALB-SRW |
| OFFICER KNIGHT, et al., ) | |
| ) | |
|     Defendants. ) | |

## ANSWER OF MICHAEL GRAVES

**COMES NOW** Defendant, Michael Graves, by and through undersigned counsel, and respond to Plaintiff's Complaint as follow:

1. Defendant admits that the Plaintiff was involved an incident at Easterling Correctional Facility on August 18, 2016.

2. Defendant admits that Plaintiff was sprayed with a one second burst of chemical agent after he failed to obey a direct order.

3. Defendant denies he punched or beat Plaintiff at any time during the incident.

4. Defendant admits Plaintiff was handcuffed at the conclusion of the incident.

5. Defendant denies Plaintiff is entitled to his requested relief.

6. Defendant denies he subjected Plaintiff to excessive, unlawful, or unjustified force.

7. Defendant denies all additional material averments contained in Plaintiff's Complaint.

8. Defendant denies that he has violated the Plaintiff's constitutional rights.

**Affirmative Defenses**

1. The Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2. Defendant asserts the defense of sovereign immunity.

3. Defendant asserts the defense of qualified immunity.

4. Defendant asserts state agent immunity.

5. Defendant asserts functional discretionary immunity.

6. This Court lacks subject matter jurisdiction.

7. This Court lacks personal jurisdiction.

8. Defendant asserts the defense of contributory negligence.

9. Defendant asserts the defense of assumption of the risk.

10. Defendant asserts the defense of illegality.

11. Defendant asserts the defense of injury by fellow servant.

12. Defendant asserts the defense of laches.

13. Defendant asserts the defense of statute of limitations.

14. Defendant asserts the defense of estoppel.

15. Defendant asserts the defense of duress.

16. Defendant asserts the defense of fraud.

17. Defendant asserts the defense of release.

18. Defendant asserts the defense of waiver.

19. The Defendant generally denies that the plaintiff is entitled to receive any portion of the relief requested in the Complaint filed in the above-styled action.

20. The plaintiff is generally not entitled to be awarded punitive damages in connection with any claims against the defendant.

21. To the extent that any of the foregoing allegations in this complaint have not been admitted or denied, they are hereby denied.

22. The defendant reserves the right to assert additional defenses as discovery progresses.

Respectfully submitted,

STEVE MARSHALL
ATTORNEY GENERAL

/s/ J. MATT BLEDSOE
J. MATT BLEDSOE (BLE006)
Assistant Attorney General
Counsel for Defendants

**OF COUNSEL:**

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130
334-242-7443
334-353-8400 (Fax)
Matt.Bledsoe@AlabamaAG.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this the November 22, 2019, filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all parties.

                                           /s/ J. MATT BLEDSOE
                                           OF COUNSEL