## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| ANTONIO JONES, #266322, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:16-cv-784-ALB |
| | ) | |
| OFFICER KNIGHT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S STATUS REPORT

Plaintiff Antonio Jones, through counsel, files the following Status Report in order to apprise the Court of the status of discovery in this case and how that relates to impending deadlines:[1]

On September 10, 2019, within days of being appointed by this Court as trial counsel for the Plaintiff, and shortly after an initial meet and confer call with counsel for the Defendants, counsel for the Plaintiff served Plaintiff's First Requests for Production and to Permit Entry Onto Designated Land or Other Property on counsel for the Defendants. Plaintiff's counsel understood that counsel for the Defendants were working with the Alabama Department of Corrections ("DOC") as necessary to obtain responsive documents.

As a result of defense counsel coordinating with DOC, Defendants produced their personnel files directly to Plaintiff's counsel on November 7, 2019. As to the remaining documents Plaintiff requested, however, Defendants and DOC took the position that Plaintiff would have to obtain those materials from DOC through a subpoena.

---

[1] For further detail regarding the procedural history, Plaintiff refers to his Response to the Alabama Department of Corrections's Motion to Quash and Objections to Subpoena (Doc. 77).

In order to honor Defendants' and DOC's position regarding how the remaining responsive documents should be obtained, Plaintiff's counsel promptly went about seeking to obtain those documents from DOC by subpoena.

Three months since serving Plaintiff's First Requests, and two weeks after the subpoena compliance date, DOC's production is not complete. Specifically, (a) Plaintiff has yet to receive any information of the whereabouts of the video camera the CERT team had on the day in question or the photographs, footage, or other recordings taken with that video camera (other than the photographs filed in the record in this case), (b) DOC's counsel has yet to respond to a request for dates/times when Plaintiff's counsel could meet with DOC about responsive regulations DOC considers restricted, (c) DOC's counsel has yet to respond to a request for details of when training materials were produced or will be produced, and (d) Plaintiff has yet to receive his medical records from DOC, having only recently received an invoice from DOC for production of the records.

Due to the delay in DOC's production, a site visit of Easterling Correctional Facility in Clio, Alabama, has yet to be scheduled, and no depositions have occurred.

The delay in DOC's production is through no fault of Plaintiff, whose counsel have continuously followed up with Defendants' and DOC's counsel.

Plaintiff submits that it is in the interests of justice to try this matter in line with the Court's schedule, before memories fade and evidence becomes more difficult to obtain. As a result, at this time, Plaintiff does not seek an extension of the Court's deadlines that would place the trial date in jeopardy. However, in light of various impending deadlines (e.g., motions to amend or add parties and expert disclosures), Plaintiff files this Status Report to make the Court aware that action from this Court may be necessary to facilitate discovery in this case, and

Plaintiff may deem it necessary at some point in the future to seek leave to take certain actions (such as amend or add parties or disclose experts) out of time, for good cause shown based on information that has yet to be produced.

DATED: December 10, 2019                    Respectfully submitted,

                                                s/ Joshua K. Payne

                                                William T. Paulk (PAU 016)
                                                Joshua K. Payne (PAY 024)
                                                SPOTSWOOD SANSOM & SANSBURY LLC
                                                One Federal Place
                                                1819 Fifth Avenue North, Suite 1050
                                                Birmingham, Alabama 35203
                                                TEL:   (205) 986-3620
                                                FAX:   (205) 986-3639
                                                wpaulk@spotswoodllc.com
                                                jpayne@spotswoodllc.com

                                                *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

J. Matt Bledsoe
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
TEL: (334) 242-7443
FAX: (334) 242-2433
mbledsoe@ago.state.al.us

*Attorney for the Defendants*

Joseph "Jody" G. Stewart Jr.
Alabama Department of Corrections
301 South Ripley Street
Montgomery, Alabama 36130
TEL: (334) 353-3890
FAX: (334) 353-3891
joseph.stewart@doc.alabama.gov

*Attorney for the Alabama Department of Corrections*

s/ Joshua K. Payne
Joshua K. Payne

4